# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MALCOM J. EASLEY,**
**ADC #158900**                                                                                   **PLAINTIFF**

**V.**                          **CASE NO. 4:19-cv-931-JM-BD**

**CHARLOTTE GARDNER,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation to dismiss some claims in this lawsuit. The parties have not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motion for summary judgment filed by Defendants Pantano, Reddic-Young, Gardner, and Taliaferro (Doc. No. 28); and Defendant Griffin's motion for summary judgment (Doc. No. 32) are GRANTED. Claims against Defendants Pantano, Reddic-Young, Gardner, and Griffin are DISMISSED, without prejudice, based on Mr. Easley's failure to exhaust claims against them prior to filing this lawsuit.

IT IS SO ORDERED, this 2nd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE