**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

MALCOLM J. EASLEY                                                                    PLAINTIFF
ADC #158900

V.                          No. 4:19CV00931-JM-ERE

MADISON M. TALIAFERRO, Dentist                                      DEFENDANT

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

Dr. Madison Taliaferro's Motion for Summary Judgment (Doc. 48) is GRANTED, and Mr. Easley's claims against him are DISMISSED, WITHOUT PREJUDICE.

Dated this 16th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE