UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MALCOLM J. EASLEY                                                                                   PLAINTIFF
ADC #158900

V.              No. 4:19CV00931-JM-ERE

MADISON M. TALIAFERRO, Dentist                                                        DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 16th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE